# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHAN J. REIGLE,** | : | **CIVIL NO. 1:17-CV-120** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **SUPERINTENDENT DELBALSO,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 22nd day of February, 2017, upon consideration of plaintiff's motion (Doc. 18) for voluntary dismissal, wherein he requests dismissal of the above-captioned action until such time that he exhausts the available administrative remedies, it is hereby ORDERED that:

1. The motion (Doc. 14) for voluntary dismissal is GRANTED.

2. The complaint (Doc. 1) is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania